IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE RUGER MOFFETT, )<br>)<br>Petitioner, )<br>v. )<br>)<br>DAVID WISE, *et al.*, )<br>)<br>Respondents. ) | CASE NO.  3:09-cv-922-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objections (Doc. #21) to the Recommendation of the Magistrate Judge filed on July 18, 2011 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #20) filed on June 29, 2011 is adopted;

3.  The petition for habeas corpus relief filed by Moffett is DENIED and this case is DISMISSED with prejudice.

DONE this the 14th day of September, 2011.

          /s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE